GARY T. LAFAYETTE (SBN 88666)
E-Mail: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
E-Mail: bchun@lkclaw.com
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

SETH E. TILLMON (SBN 246240)
E-Mail: seth@tillmonlaw.com
LAW OFFICE OF SETH E. TILLMON
10008 National Blvd., #115
Los Angeles, California 90034
Telephone:  (310) 559-1604
Facsimile:  (424) 675-2811

Attorneys for Plaintiff
OSCAR CANO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CANO, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 16-cv-05193-RS<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION; [~~PROPOSED~~] ORDER**<br><br>Ctrm:   3, 17th Floor<br>Judge:  Hon. Richard Seeborg<br><br>Action Filed:  March 3, 2016 |

## STIPULATION AND REQUEST

Plaintiff Oscar Cano ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby stipulate and request as follows:

WHEREAS on December 15, 2016, the Court issued a Case Management Scheduling Order referring the Parties "to the court's ADR department for the purpose of engaging in mediation to take place, ideally, within the next 90 days," i.e., by March 15, 2017;

WHEREAS the Parties subsequently scheduled a mediation to take place on March 10, 2017 with court-appointed mediator Kyungah "Kay" Suk (the "Mediator");

WHEREAS, the Parties have been unable to complete the discovery needed for a productive mediation due to scheduling conflicts; and

WHEREAS the Parties and the Mediator have rescheduled the mediation for April 7, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the deadline to conduct mediation be extended from March 15, 2017 to April 7, 2017.


DATED: March 6, 2017           LAW OFFICE OF SETH E. TILLMON

                                _/s/ Seth E. Tillmon_
                               SETH E. TILLMON
                               Attorney for Plaintiff
                               OSCAR CANO


DATED: March 6, 2017           LAFAYETTE & KUMAGAI LLP

                                _/s/ Brian H. Chun_
                               BRIAN H. CHUN
                               Attorneys for Defendant
                               HOME DEPOT U.S.A, INC.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Seth E. Tillmon, counsel for Plaintiff, for the filing of this stipulation.

                            */s/ Brian H. Chun*
                            BRIAN H. CHUN

**ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the Parties' deadline for conducting mediation be extended to April 7, 2017. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___3/6___, 2017  _____
                                    RICHARD SEEBORG
                                    United States District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605