| | |
|---|---|
| 1 | GARY T. LAFAYETTE (SBN 88666) |
| | E-Mail: glafayette@lkclaw.com |
| 2 | BRIAN H. CHUN (SBN 215417) |
| | E-Mail: bchun@lkclaw.com |
| 3 | LAFAYETTE & KUMAGAI LLP |
| | 1300 Clay Street, Suite 810 |
| 4 | Oakland, California 94612 |
| | Telephone: (415) 357-4600 |
| 5 | Facsimile: (415) 357-4605 |
| 6 | Attorneys for Defendant |
| | HOME DEPOT U.S.A., INC. |

SETH E. TILLMON (SBN 246240)
E-Mail: seth@tillmonlaw.com
LAW OFFICE OF SETH E. TILLMON
10008 National Blvd., #115
Los Angeles, California 90034
Telephone: (310) 559-1604
Facsimile: (424) 675-2811

Attorneys for Plaintiff
OSCAR CANO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CANO, an individual, | Case No. 16-cv-05193-RS |
| | ORDER |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | Ctrm: 3, 17th Floor |
| | Judge: Hon. Richard Seeborg |
| HOME DEPOT U.S.A., INC. and DOES 1 through 50, inclusive, | Action Filed: March 3, 2016 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Oscar Cano and Defendant Home Depot U.S.A., Inc. through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party bearing his/its own attorney's fees and costs.

DATED: June 15, 2017   LAW OFFICE OF SETH E. TILLMON

　/s/ Seth E. Tillmon
SETH E. TILLMON
Attorney for Plaintiff
OSCAR CANO

DATED: June 15, 2017   LAFAYETTE & KUMAGAI LLP

　/s/ Brian H. Chun
BRIAN H. CHUN
Attorneys for Defendant
HOME DEPOT U.S.A, INC.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Seth E. Tillmon, counsel for Plaintiff, for the filing of this stipulation.

　/s/ Brian H. Chun
BRIAN H. CHUN



GRANTED
Judge Richard Seeborg
Date: 6/19/17
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA